**(114 So. 917)**

ALABAMA POWER CO. v. John C. FARLEY et al. (5 Div. 988.) Supreme Court of Alabama. Nov. 15, 1927. Appeal from Circuit Court, Tallapoosa County; S. L. Brewer, Judge.

PER CURIAM. Appeal dismissed by agreement.

2

**(115 So. 921)**

ALABAMA POWER CO. v. R. H. ISAACS. (7 Div. 741.) Supreme Court of Alabama. Jan. 10, 1928. Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge.

PER CURIAM. Appeal dismissed by agreement.

3

**(114 So. 917)**

AMERICAN RAILWAY EXPRESS CO. et al. v. H. E. REID. (3 Div. 798.) Supreme Court of Alabama. Oct. 13, 1927. Appeal from Circuit Court, Butler County; A. E. Gamble, Judge. See, also, 216 Ala. 479, 113 So. 507. S. H. Dent, of Montgomery, and Thigpen & Poole, of Greenville, for appellants. O. A. Lane and Powell & Hamilton, all of Greenville, for appellee.

PER CURIAM. Appeal dismissed by appellant.

4

**(114 So. 917)**

J. M. BANKSTON v. E. P. LAKEMAN. (6 Div. 939.) Supreme Court of Alabama. Dec. 2, 1927. Appeal from Circuit Court, Winston County; R. L. Blanton, Judge.

PER CURIAM. Appeal dismissed.

5

**(114 So. 917)**

BIRMINGHAM ELECTRIC CO. v. Cecil EDMONDSON, Pro Ami. (6 Div. 2.) Supreme Court of Alabama. Oct. 6, 1927. Appeal from Circuit Court, Jefferson County; Richard V. Evans, Judge. Bradley, Baldwin, All & White, of Birmingham, for appellant. Davis & Locke, of Birmingham, for appellee.

PER CURIAM. Affirmed by agreement.

6

**(116 So. 921)**

Mattie McFarland BROWN et al. v. William F. McFARLAND et al. (8 Div. 998.) Supreme Court of Alabama. March 22, 1928. Appeal from Circuit Court, Lauderdale County; Charles P. Almon, Judge. Harsh & Harsh, of Birmingham, and J. Fred Johnson, Jr., of Florence, for appellants. Mitchell & Hughston, of Florence, for appellee.

SAYRE, J. Appeal dismissed by agreement. ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

**(116 So. 921)**

Edith Klass CIEUTAT v. John D. CIEUTAT, Jr. (1 Div. 491.) Supreme Court of Alabama. April 5, 1928. Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

PER CURIAM. Affirmed on certificate.

2

**(114 So. 917)**

Charles C. CROWE v. Elinor CROWE. (6 Div. 856.) Supreme Court of Alabama. Dec. 1, 1927. Appeal from Circuit Court, Jefferson County; William M. Walker, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

3

**(116 So. 921)**

W. A. DOUGLASS et al. v. CITY OF MOBILE et al. (1 Div. 490.) Supreme Court of Alabama. May 10, 1928. Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Smiths, Young & Johnston, of Mobile, for appellants. Vincent F. Kilborn and Lyons, Chamberlain & Courtney, all of Mobile, for appellees.

PER CURIAM. Appeal dismissed by agreement.

4

**(115 So. 921)**

Hamp DRAPER, Associate Member, State Board of Administration, v. Claud LINDSEY. (3 Div. 835.) Supreme Court of Alabama. March 22, 1928. Certiorari to Court of Appeals. Petition of Claud Lindsey for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Draper v. Lindsey, 115 So. 923. Arthur B. Chilton, of Montgomery, for petitioner. Charlie C. McCall, Atty. Gen., opposed.

GARDNER, J. We are of the opinion the case of Fuller v. State, 122 Ala. 32, 26 So. 146, 45 L. R. A. 502, 82 Am. St. Rep. 1, construing section 5462, Code of 1896 (section 5133, Code of 1923), is conclusive adversely to petitioner's contention, and that the Court of Appeals correctly ruled upon the authority of that case. The writ will be denied. Writ denied.

ANDERSON, C. J., and SAYRE and BOULDIN, JJ., concur.